UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AILEEN KREWSON, ) <br> ) <br> Defendant ) <br> ) <br> _____ ) | CR 10-0867-WHA <br><br> STIPULATION AND ORDER SETTING DATES AND EXCLUDING TIME |

The parties hereby agree and stipulate to the following dates:

Defense will provide notice of Expert Evidence of Mental Condition and Expert Witnesses pursuant to Federal Rule of Criminal Procedure, Rules 12.2(b) and 16(b)(1)(C) by April 1, 2011.

The United States will provide notice of Expert Witnesses pursuant to Federal Rule of Criminal Procedure, Rule 16(a)(1)(G) by May 6, 2011.

The parties will appear for a pretrial hearing on May 16, 2011, at 2:00 p.m.  The trial in this

matter will begin on June 6, 2011, at 7:30 a.m.

As discussed at the parties' appearance on March 8, 2011, the parties further stipulate that the time from March 8, 2011, to May 16, 2011, should also be excluded in computing the time within which the trial must commence. The grounds for exclusion is the parties need to pursue mental exams for the defendant. Failure to grant such a continuance would unreasonably deny the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. Section 3161(h)(8)(A) and (B)(iv). Further the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED:

DATED:   March 9, 2011                                          MELINDA HAAG
                                                                United States Attorney


                                                                _____/s/_____
                                                                JONATHAN SCHMIDT
                                                                Assistant United States Attorney


DATED:   March 9, 2011                                          _____/s/_____
                                                                ORESTES CROSS
                                                                Attorney for AILEEN KREWSON

**IT IS SO ORDERED**.

DATED:   March 9, 2011                                          _____
                                                                WILLIAM ALSUP
                                                                United States District Judge