IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AILEEN KREWSON,<br><br>Defendant.<br>_____ / | No. CR 10-00867 WHA<br><br>**REMINDER OF FINAL PRETRIAL CONFERENCE** |

Counsel have not filed any pretrial papers in advance of their final pretrial conference today, August 31, 2011, at 2:00 p.m. Nevertheless, the parties must attend the final pretrial conference. It will go forward as scheduled.

**IT IS SO ORDERED.**

Dated: August 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE